UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ABDERRAOUF BOUKARDOUGHA,<br><br>      Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A.; TRANSUNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>      Defendants. | Case No. 6:22-cv-2002-WWB-RMN |

## ORDER

This cause came on for consideration on a review of the docket. Previously, the Court twice denied motions filed by Defendant Bank of America, N.A., to extend the bank's deadline to respond to the amended complaint. *See* Dkts. 53, 55. The Court denied the first motion because the bank erroneously believed the motion was filed before the deadline had expired. Dkt. 54 at 2. The Court permitted the bank to renew the motion and explained the bank would need to establish excusable neglect. *Id.* at 2.

The bank renewed its motion. *See* Dkt. 55. The Court denied that motion too, because the bank failed to establish excusable neglect. Dkt. 56 at

2. In its second Order, the Court discussed the circumstances that support a finding of excusable neglect and provided leave for the bank to file a third and final motion to extend its answer deadline. *Id*. But rather than moving to extend its deadline to answer or otherwise respond to the amended complaint, as the Court directed, the bank decided to simply file an answer without leave and without establishing excusable neglect. *See* Dkt. 57.

As the Court explained in its prior orders, the bank defaulted when it did not file a timely response to the amended complaint on March 13. *See* Dkt. 54 at 2; Dkt. 56 at 1–2. Federal Rule of Civil Procedure 6(b)(1)(B) requires the bank to establish excusable neglect for its failure to respond before the answer deadline. Because the bank has not established excusable neglect, the Court finds it necessary to strike the answer filed at docket number 57.

And because the bank has not answered or otherwise responded to the amended complaint in the time provided by the Federal Rules of Civil Procedure and has failed to satisfy the requirements to for a motion to extend the response deadline under Rule 6(b), the Clerk should enter a Clerk's default.

Accordingly, it is **ORDERED**:

1. The document filed at Docket Number 57 is stricken.

2. The Clerk is directed to enter a Clerk's default against Defendant Bank of America, N.A.

**DONE** and **ORDERED** in Orlando, Florida, on April 11, 2023.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies furnished to:

Counsel of Record